

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI

**DAVID CREWS**
CLERK

**March 1, 2007**

911 JACKSON AVENUE, SUITE 369
OXFORD, MS 38655
TELEPHONE: (662) 234-1971
FACSIMILE: (662) 236-5210
www.msnd.uscourts.gov

301 WEST COMMERCE STREET, SUITE 308
POST OFFICE BOX 704
ABERDEEN, MS  39730
TELEPHONE: (662) 369-4952
FACSIMILE: (662) 369-9569

305 MAIN STREET, SUITE 329
GREENVILLE, MS  38701
TELEPHONE: (662) 234-1971
FACSIMILE: (662) 332-4292

TAMMY LONG, on behalf of herself and
all others similarly situated in Mississippi

v.                                    Civil Action No.:   3:07cv28 - D-B

AU OPTRONICS CORP., ET AL.

    **TAKE NOTICE** that the above styled and captioned cause has been assigned to **Chief Judge Glen H. Davidson** , whose address is P.O. Drawer 767, Aberdeen, MS   39730, and **Magistrate Judge Eugene Bogen,** whose address is 305 Main Street, Room 329, Greenville, MS 38702, in accordance with Uniform Local Rule 83.2.

    For further information as to filing procedures, please review our Local Rules and Administrative Procedures for Electronic Case Filing at **msnd.uscourts.gov** or call the appropriate division of the Clerk's Office.

DAVID CREWS, CLERK

By:    */s/ Renee' Moore*
        Deputy Clerk

Pursuant to Uniform Local Rule 73.1, Form AO 85  (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge is available at www.msnd.uscourts.gov.