IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TAMMY LONG, on behalf of herself and                                    PLAINTIFF
all others similarly situated in Mississippi

VS.                                                        CASE NO. 3:07cv28-D-B

AU OPTRONICS CORP., ET AL.                                          DEFENDANTS

## NOTICE OF DISMISSAL OF SONY DEFENDANTS

COMES NOW Plaintiff Tammy Long, on behalf of herself and all others similarly situated

in Mississippi, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i),

and hereby voluntarily dismisses the complaint as against the following defendants:

1.    Sony Corporation;

2.    Sony Corporation of America; and

3.    Sony Electronics, Inc.

Respectfully submitted,

TAMMY LONG, on behalf of herself
and all others similarly situated in
Mississippi,

By and through counsel,

/s/ LeRoy D. Percy
LeRoy D. Percy, MSB #10454
Grady F. Tollison, Jr., MSB #8240
TOLLISON LAW FIRM, P.A.
100 Courthouse Square
P.O. Box 1216
Oxford, MS 38655
Tel: (662) 234-7070
Fax: (662) 234-7095
roy@tollisonlaw.com

OF COUNSEL:

Wyatt B. Durrette, Jr., VA Bar #04719
Christopher G. Hill, VA Bar #41538
Christine A. Williams, VA Bar #47074
DURRETTEBRADSHAW, PLC
600 E. Main Street, 20th Floor
Richmond, VA 23219-2430
Tel: (804) 775-6900
Fax: (804) 775-6911
wdurrette@durrettebradshaw.com
chill@durrettebradshaw.com
cwilliams@durrettebradshaw.com

Edward J. Westlow, NY ID #1651686
600 E. Main Street, 20th Floor
Richmond, VA 23219-2430
Tel: (804) 780-0305
Fax: (804) 780-0306
ewestlow@durrettebradshaw.com

Richard L. Coffman, TX Bar #04497460
THE COFFMAN LAW FIRM
1240 Orleans Street, Suite 200
Beaumont, TX 77701
Tel: (409) 832-4767
Fax: (866) 835-8250
rc@cofflaw.com