CLOSED, JURY

# U.S. District Court
## Northern District of Mississippi (Western Division)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00028-GHD-EMB
### Internal Use Only

| | |
|---|---|
| Long v. AU Optronics Corp. et al | Date Filed: 03/01/2007 |
| Assigned to: Glen H. Davidson | Date Terminated: 06/04/2007 |
| Referred to: Eugene M. Bogen | Jury Demand: Plaintiff |
| Cause: 28:1337 Sherman-Clayton Act | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Tammy Long**  represented by  **Grady F. Tollison, Jr.**
*on behalf of herself and all others*         TOLLISON LAW FIRM, P.A.
*similarly situated in Mississippi*           P. O. Box 1216
                                              Oxford, MS 38655-1216
                                              (662) 234-7070
                                              Email: grady@tollisonlaw.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**LeRoy Davis Percy**
TOLLISON LAW FIRM, P.A.
P. O. Box 1216
Oxford, MS 38655-1216
(662) 234-7070
Email: roy@tollisonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AU Optronics Corp.**

**Defendant**

**AU Optronics Corp. America**

**Defendant**

**CHI MEI Optoelectronics Co., Ltd.**

**Defendant**

**CHI MEI Optoelectronics USA, Inc.**

**Defendant**

**Chunghwa Picture Tubes, Ltd.**

**Defendant**

**Fujitsu Limited, Inc.**

**Defendant**

**Fujitsu America, Inc.**

**Defendant**

**Hannstar Display Corporation**

**Defendant**

**Hitachi, Ltd.**

**Defendant**

**Hitachi Displays, Ltd.**

**Defendant**

**Hitachi America, Ltd.**

**Defendant**

**IDTech Co., Ltd.**

**Defendant**

**IDTech USA, Inc.**

**Defendant**

**IPSA Alpha Technology, Ltd.**

**Defendant**

**LG. Philips LCD Co., Ltd.**

**Defendant**

**LG. Philips LCD America, Inc.**

**Defendant**

**Matsushita Electric Industrial Co. Ltd.**

**Defendant**

**Panasonic Corporation of America**

**Defendant**

**Mitsubishi Electric Corporation**

**Defendant**

**Mitsubishi Electric & Electronics USA, Inc.**

**Defendant**

NEC Electronics Corporation

**Defendant**

NEC Electronics America, Inc.

**Defendant**

NEC LCD Technologies, Ltd.

**Defendant**

Samsung Electronics Company, Ltd.

**Defendant**

Samsung Electronics America

**Defendant**

Sanyo Electric Co., Ltd.

**Defendant**

Sanyo North America Corporation

**Defendant**

Epson Imaging Devices Corporation

**Defendant**

Seiko Epson Corporation

**Defendant**

Epson Electronics America, Inc.

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation

**Defendant**

Sony Corporation
*TERMINATED: 03/05/2007*

**Defendant**

Sony Corporation of America, Inc.
*TERMINATED: 03/05/2007*

**Defendant**

Sony Electronics, Inc.
*TERMINATED: 03/05/2007*

**Defendant**

**S-LCD Corporation**

**Defendant**

**Syntax-Brillian Corp.**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba America Inc.**

**Defendant**

**Toshiba Matsushita Display Technology Co., Ltd.**

**Defendant**

**Epson America, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2007 | 1 | COMPLAINT against all defendants, Jury Demand, Filing fee $350, receipt number 85407, filed by Tammy Long. (Attachments: # 1 Civil Cover Sheet)(rcm, USDC) |
| 03/01/2007 | 2 | NOTICE OF ASSIGNMENT. Case assigned to Judge Glen H. Davidson and Magistrate Judge Eugene M. Bogen. (rcm, USDC) |
| 03/02/2007 | 3 | NOTICE by LeRoy Davis Percy on behalf of Tammy Long *of Dismissal of Sony Corporation; Sony Corporation of America; and, Sony Electronics, Inc.* (Percy, LeRoy) |
| 03/05/2007 |  | (Court only) *** Party Sony Electronics, Inc.; Sony Corporation and Sony Corporation of America, Inc. terminated. (tab, USDC) |
| 05/15/2007 | 4 | Received Conditional Transfer Order before the Judicial Panel on Multidistrict Litigation transferring case to Northern District of California. This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. (Attachments: # 1 Cover Letter) (kmt, USDC) |
| 06/04/2007 | 5 | Case Transferred to Northern District of California, San Francisco Division. Original file, transfer order, and docket sheet sent via ECF Filing System. CASE CLOSED. (Attachments: # 1 Cover Letter) (kmt, USDC) |